| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
|---|---|---|
|  | ) SS: |  |
| COUNTY OF PORTER | ) | SITTING AT VALPARAISO, INDIANA |

FILED IN OPEN COURT
APR 11 2007
*Dale Brewer*
CLERK PORTER CIRCUIT & SUPERIOR COURT

FRANK MCALLISTER, )
      Plaintiff, )
vs. )
TOWN OF BURNS HARBOR, TOWN OF BURNS ) CAUSE NO.: 64D01-0704-CT-3155
HARBOR POLICE DEPARTMENT, JERRY L. PRICE, )
individually and in his capacity as Chief Police )
Officer with the TOWN OF BURNS HARBOR )
POLICE DEPARTMENT, )
      Defendants. )

## COMPLAINT

NOW COMES Plaintiff, by counsel, Harold T. Harper, for his cause of action against Defendants, and states:

### Common Allegations

1. That on March 1, 2006, at approximately 2:30 p.m., Plaintiff, Frank ("Dan") McAllister, was operating his motor vehicle in the town of Burns Harbor on U.S. Highway 20, approximately 1500 feet west of Highway 20's intersection with State Road 149 in Porter County, Indiana.

2. That at all times relevant herein, Plaintiff was diabetic and wore a medical alert necklace indicating the same.

3. That within minutes prior to the at-issue arrest, Plaintiff's blood sugar unexpectedly dropped, causing him to become severely hypoglycemic.

EXHIBIT A

4. That as a result, Plaintiff became unaware of his surroundings; his vehicle then struck the rear of a vehicle driven by Craig Tkach and thereafter struck the rear of a vehicle driven by Donald Barden.

5. That Plaintiff's vehicle came to rest.

6. That Plaintiff was still hypoglycemic and unaware of what was occurring.

7. That Mr. Tkach and Mr. Barden exited their vehicles and approached Plaintiff's vehicle, wherein Plaintiff was seated inside.

8. That Plaintiff's vehicle window was rolled up and Mr. Barden began yelling, asking Plaintiff if he was okay.

9. That Plaintiff appeared to be convulsing, looking off into space, and twitching.

10. That Mr. Tkach and Mr. Barden continued to yell through the window to Plaintiff, asking him whether he was okay and to shut off his vehicle engine; Plaintiff did not appear to know who he was, where he was, or what was occurring.

11. That at that time, Defendant Jerry L. Price, the then Chief Police Officer with Defendant the Town of Burns Harbor Police Department, arrived in his squad car.

12. That Defendant Price exited his vehicle and approached Plaintiff's car.

13. That Defendant Price then yelled at Plaintiff to shut off his engine; Plaintiff's window was still shut.

14. That Defendant Price opened Plaintiff's passenger side door, yelling, "What's wrong with you!"

15. That Defendant Price then reached in and shut off Plaintiff's vehicle engine.

16. That Plaintiff still was unable to speak and was convulsing.

17. That despite Plaintiff's condition, Defendant Price grabbed Plaintiff, threw him to the pavement, and with his knee, placed his full body weight on Plaintiff's lower back/hip area, breaking Plaintiff's hip.

18. That Defendant Price then handcuffed Plaintiff so tightly that Plaintiff's wrists began to bleed.

19. That throughout, Plaintiff was on the ground unaware of his surroundings, saying nothing.

20. That Defendant Price got up, walked past Mr. Barden and Mr. Tkach, and said, "This guy has pissed me off."

21. That Defendant Price returned from his squad car and took Plaintiff's wallet from Plaintiff's back pocket; it was only then, after breaking Plaintiff's hip, that Defendant Price asked Plaintiff if he had diabetes.

22. That Plaintiff was still disoriented and unable to communicate; he shook his head no.

23. That though Plaintiff had been convulsing, he at no time struggled or attempted to resist in any way.

24. That Mr. Tkach asked Defendant Price, "Did you check for a medical alert bracelet or necklace?"

25. That Defendant Price finally did and discovered Plaintiff's diabetic medical alert necklace.

26. That as a result of his right hip fracture, Plaintiff underwent orthopedic surgery and was hospitalized for approximately twenty-one days.

27. That Defendant Price at all times relevant herein was Chief Police Officer with the Town of Burns Harbor Police Department.

28. That Defendants the Town of Burns Harbor and the Town of Burns Harbor Police Department are political subdivisions of the State of Indiana.

29. That at all times relevant herein Defendant Price was employed by the Town of Burns Harbor and the Town of Burns Harbor Police Department and was acting within the course and scope of his employment.

30. That at all times relevant herein Defendants acted under color of law.

### Claims for Negligence, Including Assault and Battery, Negligent Infliction of Emotional Distress, and Violations of the Civil Rights Act of 1871 (42 U.S.C.A. § 1983)

Plaintiff, by counsel, for his cause of action against Defendants, states:

31. That Plaintiff incorporates by reference all preceding paragraphs.

32. That in attempting to arrest and/or otherwise seize Plaintiff, Defendant Price used excessive, unreasonable, and unnecessary force.

33. That Defendant Jerry Price was insufficiently trained regarding the use-of force and was acting pursuant to Defendants the Town of Burns Harbor and the Town of Burns Harbor Police Departments' official policy and/or custom.

34. That the force to which Dan McAllister was subjected constituted a deprivation of his rights, privileges, and immunities guaranteed by the United States Constitution and laws.

35. That as a direct and proximate result of Defendants' excessive, unreasonable, and unnecessary force, Dan McAllister sustained damages, and will continue to sustain damages, including without limitation: physical injuries, including a broken right hip; physical and mental

pain; pecuniary losses, including medical expenses; and psychological injury. Plaintiff therefore seeks an award of damages, including punitive damages, against Defendants.

WHEREFORE, Plaintiff demands judgment against Defendants in such sum as deemed just and reasonable, for costs and for all other just and proper relief.

Respectfully submitted

HARPER AND ROGERS

By: _____
HAROLD T. HARPER
Attorney No. 20159-64
304 W. US Highway 6
Valparaiso, IN 46385
Telephone: (219) 762-9538
Attorney for Plaintiff

NOW COMES Plaintiff, by counsel, Harold T. Harper, and demands trial by jury.

Respectfully submitted

HARPER AND ROGERS

By: _____
HAROLD T. HARPER
Attorney No. 20159-64
304 W. US Highway 6
Valparaiso, IN 46385
Telephone: (219) 762-9538
Attorney for Plaintiff